1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

DARRELL E. ABBOTT,

                    Plaintiff,

          v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

CASE NO. C11-5616BHS

ORDER DECLINING TO ADOPT
REPORT AND
RECOMMENDATION AND
REMANDING ACTION

13

14

15

16

17

        This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 19), Plaintiff

Darrell E. Abbott's ("Abbott") objections to the R&R (Dkt. 20), and Defendant Michael

J. Astrue, Commissioner of Social Security's ("Commissioner") response (Dkt. 21).

18

                    **I. PROCEDURAL HISTORY**

19

20

21

22

        On August 24, 2012, Abbott filed a complaint requesting judicial review of an

administrative law judge's ("ALJ") decision that she was not disabled.  Dkt. 3.  On June

14, 2012, Judge Strombom issued the R&R recommending that the Court affirm the

ALJ's decision that Abbott is not disabled.  Dkt. 19.  On June 28, 2012, Abbott filed

1 objections to the R&R.  Dkt. 20.  On July 9, 2012, the Commissioner responded.  Dkt.
2 21.

3 ## II. DISCUSSION

4   A district judge "shall make a de novo determination of those portions of the
5 report or specified proposed findings or recommendations to which objection is made"
6 and "may accept, reject, or modify, in whole or in part, the findings or recommendations
7 made by the magistrate judge."  28 U.S.C. § 636 (b)(1)(B).

8   Abbott argues that the ALJ erred in evaluating the medical evidence by not
9 providing specific and legitimate reasons for rejecting the opinion of Abbott's treating
10 physician, Dr. Ellis Johnson, M.D. ("Dr. Johnson").  Dkt. 20 at 2-8.  In addition, Abbott
11 contends that the additional testing evidence offered by John C. Fowler, M.D. ("Dr.
12 Fowler") provided to the Appeals Council two weeks after the ALJ's decision, supplies
13 further objective evidentiary support for Dr. Johnson's opinions.  *Id*. at 8-9.  Abbott
14 argues, in the alternative to the Court's reversing the ALJ's decision on other grounds,
15 that the Court should remand the case to the ALJ to consider the additional testing
16 evidence offered by Dr. Fowler.  *Id*. at 12.  Finally, Abbott alleges that the ALJ erred by
17 giving "significant weight" to the opinion of a state agency non-physician, Doreen
18 Clement, that was "affirmed" without explanation by a state agency physician, Guthrie
19 Turner, M.D.

20   As an initial matter, the Court concludes that this action should be remanded to the
21 ALJ to consider the additional testing evidence offered by Dr. Fowler, and made part of
22 the record by the Appeals Council, as such evidence may have an effect on the ALJ's

1    consideration of the opinion of Dr. Johnson, Abbott's treating physician, which is the

2    main subject of this appeal.

3                                       **III. ORDER**

4           Therefore, having considered the R&R, Abbott's objections, and the remaining

5    record, the Court hereby **DECLINES to adopt** the R&R (Dkt. 19) to the extent that this

6    action is **REMANDED** to the ALJ for consideration of the additional evidence as

7    discussed above.

8           Dated this 18th day of September, 2012.

9

10

11                                           BENJAMIN H. SETTLE
                                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22